

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Robert Medina, et al.*, 13 Cr. 272 (PGG)
                *Robert Medina v. United States*, 18 Civ. 734 (PGG)
                *Ruben Estrada v. United States*, 19 Civ. 9639 (PGG)

Dear Judge Gardephe:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

**MEMO ENDORSED:** The Clerk of Court is directed to terminate the appearance of Assistant U.S. Attorney Christopher J. DiMase.

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Dated: June 23, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

        /s/
Christopher J. DiMase
Assistant United States Attorney
Tel.: (212) 637-2433